# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOYCE COLLINS** and **CAROLE KRINGEL,**
Appellants,

v.

**GUARDIANSHIP OF ALAN KRINGEL,**
Appellee.

Nos. 4D18-3796 & 18-3797

[August 8, 2019]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case Nos. 502018MH003301, 2018GA000558.

Jeremy Dicker of Law Offices of Robin Bresky, Boca Raton, for appellants.

Lee A. Rosenthal, Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***